

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00046-CV

———————————————

BMCW Southcentral, LP and BMC West Corporation, Appellants

v.

Jay L. Carpenter d/b/a Carpenter's Crue Construction, Appellee

On Appeal from County Court at Law No. 2
Tarrant County, Texas
Trial Court No. 2020-006997-2

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the "Agreed Motion to Dismiss with Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: July 28, 2022